IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00550-WDM-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FRANCISCO LOBATO,

        Defendant.

---

## ORDER MODIFYING CONDITIONS OF PROBATION

---

**THIS MATTER** is before the Court on report of the probation officer following a Probation Violation Hearing on November 30, 2006. Accordingly, it is

**ORDERED** that the defendant's conditions of probation be amended to include the following condition: Defendant shall reside at a residential re-entry center for a period of 95 days, to commence when bed space is available, and shall observe the rules of that facility. All other conditions previously ordered shall remain in full force and effect.

**IT IS FURTHER ORDERED** that the defendant shall be released from custody pending placement at a residential re-entry center.

DATED at Denver, Colorado, this 1st day of December, 2006.

BY THE COURT:

_____
Walker D. Miller
United States District Judge